to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Henry S. Fraser* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *Edward First,* and *Miss Helen R. Carloss* for respondent.

No. 152. BUCKEYE UNION CASUALTY CO. *v.* RANALLO ET AL. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Wm. M. Byrnes* for petitioner. *Mr. C. M. Horn* for respondents.

No. 153. FARRELL *v.* COMMISSIONER OF INTERNAL REVENUE. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Charles D. Hamel* and *John Enrietto* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Mr. Sewall Key,* and *Mrs. Maryhelen Wigle* for respondent.

No. 156. BURNS *v.* UNITED STATES. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Alex. Simpson* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge, Mr. Robert S. Erdahl,* and *Miss Beatrice Rosenberg* for the United States.

No. 160. REID, CIRCUIT JUDGE, *v.* SECOND NATIONAL BANK & TRUST CO. ET AL. October 11, 1943. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Messrs. Nelson Hartson* and *William Alfred Luck-*